## Hallagan *v.* Tanner et al.

[No. 4,830.   Filed April 5, 1904.]

Appeal and Error.—*Parties.*—*Judgment.*—In an action against several defendants judgment was rendered in favor of plaintiff against two of the defendants without judgment for or against the other defendants, and, on appeal, plaintiff complains of the action of the court in overruling his motion for a new trial as to one of the defendants against whom no judgment was rendered, and in overruling his motion for a new trial generally, but no complaint is made of any errors except certain instructions by which it is claimed that his cause was prejudiced against the defendant in question. *Held,* that no question is presented for review on appeal.

From White Circuit Court; *T. F. Palmer,* Judge.

Action by Patrick Hallagan against George W. Tanner and others. Judgment was rendered in favor of plaintiff against some of the defendants, and plaintiff appeals. *Appeal dismissed.*

*Frank Foltz, C. G. Spitler, H. R. Kurrie, A. W. Reynolds, A. K. Sills* and *G. C. Reynolds,* for appellant.
*E. B. Sellers* and *J. E. Wilson,* for appellees.

Black, J.—This cause has been transferred from the Supreme Court to this Court. The appellant, by his complaint, sought to recover the value of certain cattle alleged to have been converted by the defendants therein to their own use, and also to recover the amount of the proceeds of alleged sales of such cattle. Upon the trial by jury of issues formed a verdict was returned for the appellant against two of the defendants, the Sansom Commission Company and Simeon A. Dowell, and in favor of all the other defendants named as such in the complaint, being Stephen W. Thayer and six other persons. All these de-

fendants, together with certain others who were garnishees, and as to whom the appellant had dismissed during the trial, are named as appellees in the assignment of errors.

The appellant addresses his attack against the action of the court in overruling his motion for a new trial as to the defendant Stephen W. Thayer alone.

The judgment was rendered in favor of the appellant against the Sansom Commission Company and Simeon A. Dowell, and there does not appear to have been any judgment in favor of or against any other party. There being no final judgment, so far as appears from the record, to which the appellee Thayer was a party, we can not take any action affecting his rights. The appellant does not claim here that the judgment was not correctly awarded him as against the Sansom Commission Company and Simeon A. Dowell, and there was no other judgment; that is, the judgment actually rendered is not attacked.

It is true there was also a motion of the appellant for a new trial of the cause generally, the overruling of which also is assigned as error, but there was not stated therein any cause referring to the amount of the recovery, and in his brief appellant has addressed his attention only to certain instructions by which it is claimed his cause was prejudiced as against the defendant Thayer. The case is not so presented that any question affecting Thayer can be decided, and the only apparent purpose of the appeal fails.

Appeal dismissed.